**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SPRINT TELEPHONY PCS, L.P., a
Delaware limited partnership,
              *Plaintiff-Appellant-*
                   *Cross-Appellee,*

          and

PACIFIC BELL WIRELESS LLC, a
Nevada limited liability company,
dba Cingular Wireless,
                        *Plaintiff,*

              v.

COUNTY OF SAN DIEGO; GREG COX,
in his capacity as supervisor of the
County of San Diego; DIANNE
JACOB, in her capacity as
supervisor of the County of San
Diego; PAM SLATER, in her
capacity as supervisor of the
County of San Diego; RON
ROBERTS, in his capacity as
supervisor of the County of San
Diego; BILL HORN, in his capacity
as supervisor of the County of San
Diego,
              *Defendants-Appellees-*
                   *Cross-Appellants.*

Nos. 05-56076
       05-56435

D.C. No.
CV-03-1398-BTM

ORDER

Filed May 14, 2008

5759

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges,[1] it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

---

[1] Judges McKeown and M. Smith are recused.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.